**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 23, 2023

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

Re: Case No. 21-3657, *Speed Way Transportation, LLC, et al v. City of Gahanna, OH, et al*
Originating Case No. 2:20-cv-05047

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin L Baker
Case Manager
Direct Dial No. 513-564-7014

cc: Mr. Jeremy Michael Grayem
　 Mr. Michael S. Kolman
　 Mr. Frank J. Reed Jr.

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-3657

_____

Filed: March 23, 2023

SPEED WAY TRANSPORTATION, LLC, dba Speed Way Towing; AHMED SHEHATA

    Plaintiffs - Appellants

v.

CITY OF GAHANNA, OH; KEITH WINN, in his individual and official capacity as Public Safety Director; GAHANNA, OH, DIVISION OF POLICE; JEFF SPENCE, in his individual and official capacity as Chief of Police

    Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 03/01/2023 the mandate for this case hereby issues today.

 COSTS:  None