# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Speed Way Transportation, LLC,** *et al.,* :
:
        Plaintiffs,    :    Case No. 2:20-cv-05047
:
v.    :    Judge: Sarah D. Morrison
:
**City of Gahanna, Ohio** *et al.,*    :    Magistrate Judge: Kimberly A. Jolson
:
        Defendants.    :

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendants City of Gahanna, Ohio et al. gives notice to the Court and the parties that Frank J. Reed. Jr has been substituted for Jeremy Grayem as its trial counsel of record in this action. Jeremy Grayem should be removed from the case and all future filings directed to the undersigned. Jesse Shamp hereby provides notice of his appearance on behalf of the Defendants in this action.

        Respectfully submitted,

        */s/ Frank J. Reed, Jr*
        Frank J. Reed, Jr. (0055234)
        Jesse J. Shamp (0097642)
        FROST BROWN TODD
        10 West Broad Street, Suite 2300
        Columbus, Ohio 43215
        (614) 464-1211
        (614) 464-1737 (fax)
        freed@fbtlaw.com
        jshamp@fbtlaw.com
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    A true and accurate copy of the foregoing has been served on all parties via their counsel of record through the Court's ECF system this 27th day of March, 2023.

                                               */s/ Frank J. Reed, Jr.*
                                               Frank J. Reed, Jr. (0055234)

0125033.0736907   4876-3069-4745v1