# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SPEED WAY TRANSPORTATION, LLC, et al.,**

    **Plaintiffs,**

v.                            Civil Action 2:20-cv-5047
                                   Judge Sarah D. Morrison
                                   Magistrate Judge Jolson

**CITY OF GAHANNA, et al.,**

    **Defendants.**

## ORDER

On March 27, 2023, Frank J. Reed, Jr. filed a purported Notice of Substitution of Counsel for Defendants. (Doc. 26). The Local Rules require that counsel obtain leave of Court to make such a substitution—unless both the withdrawing and substituting attorney are from the same firm or governmental agency. S.D. Civ. R. 83.4(b). Here, they are not. Accordingly, the Court **CONSTRUES** the notice as a motion, and said motion is **GRANTED**. The Clerk is **DIRECTED** to designate Frank J. Reed, Jr. as lead counsel and Jesse J. Shamp as co-counsel for Defendants. The Clerk is further **DIRECTED** to terminate Jeremy M. Grayem as counsel for Defendants.

    IT IS SO ORDERED.

Date: March 28, 2023                       /s/Kimberly A. Jolson
                                                      KIMBERLY A. JOLSON
                                                      UNITED STATES MAGISTRATE JUDGE