IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SPEED WAY TRANSPORTATION,
LLC, et al.,

   Plaintiffs,

 v.           Civil Action 2:20-cv-5047
                Judge Sarah D. Morrison
                Magistrate Judge Jolson
CITY OF GAHANNA, et al.,

   Defendants.

## ORDER

   This matter is before the Court on Plaintiff's Unopposed Motion for the Appointment of a Foreign Language Interpreter.  (Doc. 36).  "English is a second language for Plaintiff[,]" who "was raised speaking Arabic."  (*Id.* at 2).  He represents that preparations for his upcoming deposition sparked concern about his ability to give proficient testimony in English.  (*Id.*).  Plaintiff therefore requests that the Court appoint an interpreter fluent in Arabic for his upcoming October 4, 2023 deposition "and any subsequent testimony."  (*Id.* at 1).

   However, it is the practice of this Court to secure interpreters only for hearings before the Court.  And the responsibilities related to taking depositions are generally left to the parties.  *See* Fed. R. Civ. P. 30.  Plaintiff cites no federal law which dictates that the Court should depart from its usual course here.  Accordingly, Plaintiff's Motion (Doc. 36) is **DENIED without prejudice**. To the extent Plaintiff requests an interpreter for "any subsequent testimony" beyond his deposition, he may later renew his Motion for an interpreter for any proceeding before the Court, like trial.  His Motion should be accompanied by a sworn declaration that supports his claim that his understanding of English is limited.

   IT IS SO ORDERED.

Date:  October 2, 2023	/s/ Kimberly A. Jolson
	KIMBERLY A. JOLSON
	UNITED STATES MAGISTRATE JUDGE